FILED _____ LODGED
_____ RECEIVED

NOV 14 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

08-CV-05548-ORD

The Honorable JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CRYSTAL AMMONS,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; NORM WEBSTER, individually and in his official capacity acting under color of state law; and MARY LAFOND, individually and in her official capacity acting under color of state law,,<br><br>                Defendants. | NO. C08 5548 RBL<br><br>STIPULATION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES |

Comes now the parties hereby by and through their attorneys undersigned pursuant to F.R.C.P. 15(a)(2) and stipulate that the defendants may amend their answer an affirmative defenses as set forth in the proposed First Amended Answer, Affirmative Defenses and Jury Demand which is attached hereto as Exhibit A.

//

//

STIPULATION TO AMEND ANSWER        1        ATTORNEY GENERAL OF WASHINGTON
AND AFFIRMATIVE DEFENSES                                                       Torts Division
                                                                                      7141 Cleanwater Drive SW
                                                                                       PO Box 40126
                                                                                     Olympia, WA 98504-0126
                                                                                        (360) 586-6300

1      Dated this ___10___ day of November 2008.

2  Approved as to form and content:

3  ROBERT M. MCKENNA
4  Attorney General

5

6  ___[signature]___
7  PATRICIA C. FETTERLY, WSBA No. 8425      ___[signature]___
   IAN M. BAUER, WSBA No. 35563             DAVID P. MOODY
8  Assistant Attorneys General              Attorney for Plaintiff
   Attorneys for Defendants
9                                           WSBA # 22853

10

11

12

13                    IT IS SO ORDERED THIS 14th DAY OF November 2008
14                    ___[signature]___
15                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO AMEND ANSWER            2        ATTORNEY GENERAL OF WASHINGTON
AND AFFIRMATIVE DEFENSES                                    Torts Division
                                                       7141 Cleanwater Drive SW
                                                            PO Box 40126
                                                       Olympia, WA 98504-0126
                                                          (360) 586-6300