FILED _____ LODGED
_____ RECEIVED

FEB 2 4 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

08-CV-05548-ORD

The Honorable JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRYSTAL AMMONS,<br><br>                              Plaintiff,<br><br>        v.<br><br>STATE OF WASHINGTON<br>DEPARTMENT OF SOCIAL AND<br>HEALTH SERVICES; NORM<br>WEBSTER, individually and in his<br>official capacity acting under color of<br>state law; and MARY LAFOND,<br>individually and in her official capacity<br>acting under color of state law,<br><br>                              Defendants. | NO. C08 5548 RBL<br><br>STIPULATION AND<br>PROTECTIVE ORDER |

## I.    STIPULATION

Come now Defendants State of Washington, Department of Social and Health Services, Norm Webster and Mary LaFond, by and through their attorneys of record, and Plaintiff Crystal Ammons, by and through her attorneys of record and hereby stipulate and agree to the entry of this Protective Order pursuant to Fed. R. Civ. P. 26(c).

It is stipulated that all records, information and evidence exchanged between the parties in this lawsuit are subject to this Protective Order and will not be disseminated to anyone

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

outside this litigation.  These records, information and evidence may be shared, relied upon, utilized and offered as evidence by all parties in this lawsuit, including but not limited to the attorneys staff, experts, and fact witnesses.  Nothing herein shall be construed as prohibiting or otherwise limiting Plaintiff's right to disseminate her own medical and/or psychological records as she deems appropriate.

This Protective Order does not apply to records, information or evidence obtained by Plaintiff and/or her attorneys, staff, experts or other persons before entry of this Order and/or to records obtained from parties that are not named in this lawsuit.

DATED this ⟶23 day of February, 2009.

ROBERT M. MCKENNA
Attorney General

PATRICIA C. FETTERLY, WSBA No. 8425
IAN M. BAUER, WSBA No. 35563
Assistant Attorneys General
Attorneys for Defendants

HAGENS BERMAN SOBOL SHAPIRO LLP

DAVID P. MOODY, WSBA No. 22853
ANTHONY D. SHAPIRO, WSBA No. 12824
MARTIN D. MCLEAN, WSBA No. 33269
Attorneys for Plaintiff

///
///
///

STIPULATION AND PROTECTIVE ORDER

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

## II. ORDER

Pursuant to the Stipulation of the parties, it is hereby

ORDERED that the foregoing Protective Order is entered and will remain in full force and effect until such time as this Court modifies its terms or releases the parties from its provisions.

DONE IN OPEN COURT this ___24th___ day of ___February___, 2009.

_____
HONORABLE RONALD B. LEIGHTON

Presented by:

ROBERT M. MCKENNA
Attorney General

_____
PATRICIA C. FETTERLY, WSBA No. 8425
IAN M. BAUER, WSBA No. 35563
Assistant Attorneys General
Attorneys for Defendants

Approved for Entry:

HAGENS BERMAN SOBOL SHAPIRO LLP

_____
DAVID P. MOODY, WSBA No. 22853
ANTHONY D. SHAPIRO, WSBA No. 12824
MARTIN D. MCLEAN, WSBA No. 33269
Attorneys for Plaintiff

STIPULATION AND PROTECTIVE ORDER

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300