1

2

3

4

5

6

7

8

The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
9  **WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**
10

| CRYSTAL AMMONS, | NO. C08 5548 RBL |
|---|---|
| Plaintiff, | STIPULATED PETITION AND ORDER FOR ISSUANCE OF SUBPOENA TO TAKE THE DEPOSITION OF A FEDERAL EMPLOYEE |
| v. | |
| STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; NORM WEBSTER, individually and in his official capacity acting under color of state law; and MARY LAFOND, individually and in her official capacity acting under color of state law, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19                     **I.      STIPULATION**

20        Pursuant to Fed. R. Civ. P. 29 and 30, Defendants State of Washington, Department of

21  Social and Health Services, Norm Webster and Mary LaFond, by and through their attorneys

22  of record, and Plaintiff Crystal Ammons, by and through her attorneys of record, and hereby

23  petition the Court for the issuance of a subpoena for the deposition of Mary C. Rutherford.  The

24  basis for this Petition is as follows:

25

26

1.     Mary C. Rutherford may have knowledge relevant to the above-captioned lawsuit. The parties have agreed to schedule Ms. Rutherford's deposition for 9:00 a.m. on July 21, 2009, at the Office of the Attorney General in Tacoma, Washington.

2.     Ms. Rutherford is an employee of the United States, Department of the Army, stationed at Madigan Army Medical Center. Pursuant to 32 C.F.R. 97.6(c), 516.35 and 516.40, the Army must authorize the appearance of its personnel for testimony in private litigation and cannot do so unless the subpoena for said testimony is signed by a judge or court of competent jurisdiction. *See, e.g., Doe v. DiGenova*, 779 F.2d 74 (D.C. Cir. 1985).

3.     Ms. Rutherford's testimony is thus not available for compulsory process except by issuance of a subpoena issued by a judge or court of competent jurisdiction.

4.     Ms. Rutherford is willing to appear for her deposition on the date and time noted above provided that the Court issues the subpoena requested herein.

5.     The parties thus respectfully request that the Honorable Ronald B. Leighton execute a subpoena for the deposition of Ms. Rutherford at 9:00 a.m. on July 21, 2009, at the Office of the Attorney General in Tacoma, Washington. An unsigned copy of the requested subpoena is attached hereto as **Exhibit A.**

6.     Defendants will serve Ms. Rutherford with a signed copy of the subpoena upon receipt.

DATED this 10th day of July, 2009.


ROBERT M. MCKENNA
Attorney General


/s/Ian M. Bauer
PATRICIA C. FETTERLY, WSBA No. 8425
IAN M. BAUER, WSBA No. 35563
Assistant Attorneys General
Attorneys for Defendants


HAGENS BERMAN SOBOL SHAPIRO LLP


/s/David P. Moody
DAVID P. MOODY, WSBA No. 22853
ANTHONY D. SHAPIRO, WSBA No. 12824
MARTIN D. MCLEAN, WSBA No. 33269
Attorneys for Plaintiff

## II.    ORDER

Based upon the foregoing Stipulation, it is so Ordered.

DATED this 13th day of July, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE


Presented by:

ROBERT M. MCKENNA
Attorney General


/s/Ian M. Bauer
_____
PATRICIA C. FETTERLY, WSBA No. 8425
IAN M. BAUER, WSBA No. 35563
Assistant Attorneys General
Attorneys for Defendants



Approved for Entry:

HAGENS BERMAN SOBOL SHAPIRO LLP


/s/David P. Moody
_____
DAVID P. MOODY, WSBA No. 22853
ANTHONY D. SHAPIRO, WSBA No. 12824
MARTIN D. MCLEAN, WSBA No. 33269
Attorneys for Plaintiff

STIPULATED PETITION AND ORDER
FOR ISSUANCE OF SUBPOENA TO
TAKE THE DEPOSITION OF A
FEDERAL EMPLOYEE

3

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**