The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CRYSTAL AMMONS,<br><br>                    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; NORM WEBSTER, individually and in his official capacity acting under color of state law; and MARY LAFOND, individually and in her official capacity acting under color of state law,<br><br>                    Defendants. | NO. C08 5548 RBL<br><br>ORDER GRANTING DEFENDANTS' MOTION TO ALLOW ADDITIONAL DEPOSITION |

THIS MATTER, having come before the Court on Defendants Motion to Allow Additional Deposition, and the Court having reviewed all pleadings filed herein, including Defendants' Motion and the Declaration of Edward S. Winskill, in support thereof, Plaintiff's response (if any) and all materials filed in support thereof, as well as Defendants' reply, it is hereby:

ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Allow Additional Deposition is hereby GRANTED.

IT IS SO ORDERED this 27th day of August, 2009.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General

/s/ Edward S. Winskill
PATRICIA C. FETTERLY, WSBA No. 8425
IAN M. BAUER, WSBA No. 35563
EDWARD S. WINSKILL, WSBA No. 5406
Assistant Attorneys General
Attorneys for Defendants

Approved for Entry:

HAGENS BERMAN SOBOL SHAPIRO LLP

_____
DAVID P. MOODY, WSBA No. 22853
ANTHONY D. SHAPIRO, WSBA No. 12824
MARTIN D. MCLEAN, WSBA No. 33269
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2009, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system to all parties.

ROBERT M. MCKENNA
Attorney General

/s/ Edward S. Winskill
PATRICIA C. FETTERLY, WSBA No. 8425
IAN M. BAUER, WSBA No. 35563
EDWARD S. WINSKILL, WSBA No. 5406
Assistant Attorneys General
Torts Division
PO Box 40126
Olympia, WA 98504-0116
(360) 586-6300